

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:     Bandier Realty Partners, LLC and Switchback Ventures, LLC v.
                         SSC Opportunity Partners, LLC

Appellate case number:   01-13-00782-CV

Trial court case number: 2011-43194

Trial court:             215th District Court of Harris County

Date motion filed:       October 12, 2015

Party filing motion:     Appellee SSC Opportunity Partners

        It is ordered that the motion for rehearing is **DENIED.**


Judge's signature: /s/ Michael Massengale
                        Acting for the Court

Panel consists of: Chief Justice Radack, Justice Higley, and Justice Massengale


Date:  November 24, 2015